## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of April, 2010, it is hereby ORDERED that the Application for Leave to File Original Process and the Motion for Leave to File a Reply are GRANTED. The Application for the Exercise of Original Jurisdiction and King's Bench Power, and the Motion to Correct and Supplement the Record are hereby DENIED without prejudice. Respondent's Motion to Strike and Motion for Stay are DENIED as MOOT.

993 A.2d 874

**Francis JOYCE and Kelly Joyce**

**v.**

**Glenn HOROWITZ, M.D. & Surgical Services Ltd., FHCS Physician Services, The Frankford Hospital of the City of Philadelphia t/a Frankford Hospital/Torresdale Division, and Frankford Health Care System, Inc.**

**Petition of Glenn Horowitz.**

**No. 180 EM 2009.**

Supreme Court of Pennsylvania.

April 29, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2010, the Petition for Allowance of Appeal, treated as an Application for Relief per

Pa.R.A.P. 123, and the Motion to Stay Proceedings are **DE-NIED.**

993 A.2d 874

**Francis JOYCE and Kelly Joyce, h/w**

v.

**Glenn HOROWITZ, M.D.; Surgical Services, Ltd.; FHCS Physician Services; The Frankford Hospital of the City of Philadelphia t/a Frankford Hospital/Torresdale Division; and Frankford Health Care System, Inc.**

**Petition of The Frankford Hospital of the City of Philadelphia–Torresdale Division.**

**No. 14 EM 2010.**

Supreme Court of Pennsylvania.

April 29, 2010.

***ORDER***

PER CURIAM.

**AND NOW,** this 29th day of April, 2010, the Petition for Allowance of Appeal, treated as an Application for Relief per Pa.R.A.P. 123, is **DENIED.**